NUMBER
13-06-281-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

_________________________________________________________

 

GREGORY LYNN HENDERSON,                                   Appellant,

 

                                           v.

 

TEXAS DEPARTMENT OF CRIMINAL JUSTICE - 

CORRECTIONAL
INSTITUTIONS DIVISION, ET AL.,        Appellees.

________________________________________________________

 

   On appeal
from the 156th District Court of Bee County,
Texas

________________________________________________________

 

                     MEMORANDUM
OPINION

 

   Before Chief Justice Valdez and Justices Rodriguez and Garza

                       Memorandum
Opinion Per Curiam

 








Appellant, GREGORY LYNN HENDERSON, attempted to perfect
an appeal from a judgment entered by the 156th District Court of
Bee County, Texas, in cause number B-03-1411-CV-B.  Pursuant to the trial court=s findings under Tex. R. Civ. P. 306a(4), the effective
date of the judgment in this cause was February 7, 2006.  A timely motion for new trial was filed.  Pursuant to Tex.
R. App. P. 26.1, appellant=s notice of appeal was
due on May 8, 2006, but was not filed until May 29,
2006.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellant.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect his appeal, and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

 

Memorandum Opinion
delivered and 

filed this the 27th day of July, 2006.